**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: February 05, 2010**

_____

```
                     UNITED STATES BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF OHIO
                            WESTERN DIVISION


IN RE: Michael and Lori Baker      :     CASE NO.

                                   ;     CHAPTER 13

                                   :     JUDGE BURTON PERLMAN

        DEBTOR(S)
                                   :     PAYROLL DEDUCTION ORDER
```

The above named debtors, **Michael and Lori Baker,** have commenced a Chapter 13 proceeding in the United States Bankruptcy Court.

It is ORDERED that U.S. Bank, the (employer) deduct from the earnings of the debtor, Michael Baker the sum of $510.00 monthly beginning with the next pay day following the receipt of the order. The employer shall deduct a similar amount from each pay period thereafter.

The amount so deducted shall be sent to the Chapter 13 Trustee AT LEAST MONTHLY and shall include the employee name and case number. The employer is not authorized to deduct any administrative expense or service fee from this deduction.

FURTHER IT IS ORDERED THAT any bonus, funds or awards which the Debtor(s) receive, must, unless otherwise ordered by the Court, be turned over to the Trustee.

The Trustee's name and address is:

    OFFICE OF THE CHAPTER 13 TRUSTEE
    P.O. BOX 290
    MEMPHIS, TN  38101-0290

The employer may stop this payroll deduction only upon a Court order or written notice from the Chapter 13 Trustee.

The employer has twenty-one days from the entry of this order to file a written objection and request a hearing.

SO ORDERED


Copies to:

Default List

U.S. Bank
5065 Wooster Pike
Cincinnati, OH 45226

###