Form 10misco

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

| | |
|---|---|
| In Re: Michael Ray Baker<br>Lori Kathryn Baker<br>Debtor(s)<br>SSN/TAX ID:<br>xxx–xx–5768<br>xxx–xx–9254 | Case No.: 1:09–bk–18483<br><br>Chapter: 13<br><br>Judge: Burton Perlman |

Order Setting Hearing On Trustee's Motion To Dismiss Case

This matter is before the court on the Trustee's Motion to Dismiss Case (doc. 32) and debtor(s)response thereto (doc. 34).

ACCORDINGLY, this matter has been set for hearing before the Honorable Burton Perlman, U.S. Bankruptcy Judge, U.S. Bankruptcy Court, 221 East Fourth Street, Atrium Two Building, Suite 817, Courtroom 3, Cincinnati, Ohio on MAY 26, 2010 AT 2:00 P.M.

The court will not conduct an evidentiary hearing on this docket. If an evidentiary hearing will be required, counsel must inform the court in writing, and a separate hearing will be set.

Should any party fail to appear at the hearing or comply with the provisions set forth above, the Court may take such action as provided by law, including dismissal or denial of the motion, granting the requested relief, or sanctions pursuant to LBR 9011–3.

SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 7, 2010

BY THE COURT:

Burton Perlman
United States Bankruptcy Judge